**NOTICE OF REMOTE 341 MEETING OF CREDITORS**

Please be advised that all hearings are to be conducted telephonically.

The following phone number and passcode is to be used for the Remote 341 Meeting of Creditors; **1 866 770-5434, Passcode 8583385** at the scheduled date and time.

    /s/   Alan J. Treinish
ALAN J. TREINISH, Chapter 7 Trustee
Ohio Bar Registration No. 0003849
50 Public Square, #3301
Cleveland, Ohio 44113
(216) 566-7022
alan@treinishlpa.com